UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SINGER<br><br>              Plaintiff,<br><br>     v.<br><br>PIXEL LABS, INC.<br><br>              Defendant. | NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 5:19-cv-4753-LHK |

It is hereby noticed that the above-captioned action has been settled and the case should be voluntarily dismissed with prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: September 8, 2019

*Attorneys for Plaintiff Larry Singer*